[No. 51608-6-I. Division One. August 18, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN M. MCKINNEY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-1-07032-5, Robert H. Alsdorf, J., entered November 12, 2002. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Cox, A.C.J., and Coleman, J.

[No. 51666-3-I. Division One. August 18, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. D.N., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-8-00373-9, Mariane Spearman, J. Pro Tem., entered March 18, 2002. *Affirmed* by unpublished per curiam opinion.

[No. 51794-5-I. Division One. August 18, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. R.B., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-8-04017-1, Dale B. Ramerman, J., entered January 27, 2003. *Affirmed* by unpublished per curiam opinion.

[No. 20931-8-III. Division Three. August 19, 2003.]

TAY CONRAD, *as Personal Representative*, ET AL., *Respondents*, v. ALDERWOOD MANOR, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Spokane County, No. 01-2-00251-6, Richard J. Schroeder, J., entered February 22, 2002. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Brown, C.J., and Kurtz, J. Now published at 119 Wn. App. 275.